COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:        In re Felicia Nicole Jones

Appellate case number:    01-14-00712-CV

Trial court case number:   74030

Trial court:                        239th District Court of Brazoria County

Date motion filed:            September 15, 2014

Party filing motion:          Relator, Felicia Nicole Jones

It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/  Rebeca Huddle
☒  Acting for the Court

Panel consists of: Massengale, Brown, and Huddle


Date:  September 30, 2014